# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:09cr181(1) |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| ELMO BAILEY, | : | |
| Defendant. | : | |

## ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO WOODHAVEN RESIDENTIAL TREATMENT CENTER FOR INPATIENT TREATMENT

Defendant Elmo Bailey is to be released from the Butler County Jail on June 29, 2021 at 9:00 a.m., to be transported by his girlfriend, Kara Koo, directly to Talbert House for inpatient residential treatment. Upon release from inpatient treatment, defendant shall immediately contact his probation officer, Thomas Barbeau.

June 28, 2021

(tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Thomas Barbeau