IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                             Case No. 3:09cr181(1)

ELMO BAILEY,              JUDGE WALTER H. RICE

    Defendant.

---

AMENDED* DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL ORALLY EXPLAINED TO DEFENDANT AND DEFENDANT ORALLY ACKNOWLEDGED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On March 16, 2022, the Defendant, having been previously found in violation of his Supervised Release, a status that began on September 4, 2020, appeared by video conferencing for final disposition.

Pursuant to the record made on the aforesaid March 16, 2022, the Defendant's Supervised Release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of ten months, with all applicable pre-revocation jail credit. There will be no period of Supervised Release to follow.

The Defendant is credited with 73 days of pre-revocation jail time credit, computed as follows:

1. On this arrest (February 26, 2022): 18 days in custody from February* 26, 2022 to present.

2. On the last arrest (May 6, 2021): 55 days in custody (May 6, 2021 to June 29, 2021 and January 25, 2022 to February 11, 2022).

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 18, 2022          WALTER H. RICE
                 UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Thomas Barbeau, USPO, Cincinnati
US Marshal